(June 10, 1941.)

DOROTHY SCHAEFFER, Appellant, v. WILLIAM J. HALPERN, Respondent.— Order denying a preference to the plaintiff in a tort action reversed on the law and the facts, with ten dollars costs and disbursements, the motion granted, without costs, and the case set down for trial on June 16, 1941. The denial of the motion was an improvident exercise of discretion. Lazansky, P. J., Hagarty, Carswell, Johnston and Adel, JJ., concur.

(June 11, 1941.)

NATHAN KASPIN and BENNIE OFSEWITZ, Copartners Doing Business as ATLANTIC TINSMITH SUPPLY COMPANY, Respondents, v. EUGENE THAW and Others, Defendants, and AARON KAHAN, Appellant.— This is an appeal by one of the defendants from an order denying a motion to dismiss the complaint and for judgment on the pleadings. The action is brought by a judgment creditor against the judgment debtors and the transferees of the property of the judgment debtors to set aside such transfers, and against the transferors, the transferees and the attorney for the transferors and transferees for conspiracy in stripping the judgment debtors of their assets so as to make them execution proof. Upon reargument, order denying the motion to dismiss the complaint and for judgment on the pleadings reversed on the law, without costs, and the motion granted, without costs. (*Goldberg* v. *Korman*, 257 App. Div. 990; *Adler* v. *Fenton*, 65 U. S. 407; *Moody* v. *Burton*, 27 Me. 427.) Lazansky, P. J., Carswell, Johnston, Taylor and Close, JJ., concur.

(June 12, 1941.)

In the Matter of the Application of MAURICE F. CANTOR, a Qualified Voter in Union Free School District No. 28, Town of Hempstead, Nassau County, New York, Respondent, against BOARD OF EDUCATION, UNION FREE SCHOOL DISTRICT No. 28, TOWN OF HEMPSTEAD, NASSAU COUNTY, NEW YORK, and Others, Respondents, and NATHAN C. SUSKIN and Others, Intervenors, Appellants.— In a proceeding brought under article 78 of the Civil Practice Act to review the adoption of a budget by a school district, order declaring such action void, setting aside the budget, and directing a special meeting to be called for the purpose of adopting a budget, unanimously affirmed, without costs. No opinion. Present — Lazansky, P. J., Johnston, Adel, Taylor and Close, JJ.

(June 16, 1941.)

JAMES W. ANDREWS, as Trustee in Bankruptcy of the Estate of FRANK SHANNON, Bankrupt, Appellant, v. THE METROPOLITAN JOCKEY CLUB, and WALTER KEENAN and Another, Sole Executors, etc., of JOHN G. CAVANAGH, Deceased, Respondents. — Motion for reargument denied, without costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Hagarty, Carswell, Taylor and Close, JJ.